IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: KATHLEEN MORGAN : Chapter 13
:
Debtor : No. 19 - 15824 jkf

**ORDER**

AND NOW, this           day of           , 2019, upon consideration of the Debtor's Motion to Extend Time for the Filing of Required Documents it is hereby ORDERED that the motion is GRANTED and the required documents shall be filed by October 21, 2019          or the case may be dismissed without further notice.

_____
Hon. Jean K. FitzSimon
U.S. Bankruptcy Judge

**Date: October 7, 2019**