United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Kathleen G Morgan  
       Debtor

Case No. 19-15824-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: ChrissyW     Page 1 of 1     Date Rcvd: Oct 07, 2019  
                      Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2019.  
db           +Kathleen G Morgan,    9 West Shore Court,    Landenberg, PA 19350-9333

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                       TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2019                                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2019 at the address(es) listed below:  
         JOSEPH F. CLAFFY     on behalf of Debtor Kathleen G Morgan claffylaw@gmail.com,     claffylaw@aol.com;claffylawecf@gmail.com  
         KEVIN G. MCDONALD     on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com  
         SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                           TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: KATHLEEN MORGAN           :      Chapter 13
                                 :
Debtor                           :      No. 19 - 15824 jkf

## ORDER

AND NOW, this        day of         , 2019, upon consideration of the Debtor's Motion to Extend Time for the Filing of Required Documents it is hereby ORDERED that the motion is GRANTED and the required documents shall be filed by October 21, 2019    or the case may be dismissed without further notice.

**Date: October 7, 2019**

Hon. Jean K. FitzSimon
U.S. Bankruptcy Judge