**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: KATHLEEN G. MORGAN | : | CHAPTER 13 |
| | : | |
| DEBTOR | : | CASE NO.19-15824 AMC |
| | : | |

## PRAECIPE TO CONVERT CASE UNDER CHAPTER 13 TO A CASE UNDER CHAPTER 7 11 U.S.C

TO THE CLERK, UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA:

Kindly convert the above captioned case to a case under 11 U.S.C. Chapter 7 to pursuant to 11 U.S.C. Section 1307. This case has not been previously converted under any section of 11 U.S.C.

Respectfully:

Joseph F. Claffy /s/
Joseph F. Claffy, Esquire
Attorney for Debtor
26 South Church Street
West Chester, PA 19382
610 429-0900/ 9550 FAX
ID 35142
claffylaw@aol.com