United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                           Case No. 19-15824-amc
Kathleen G Morgan                                                                Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: ChrissyW          Page 1 of 1             Date Rcvd: Aug 12, 2020
                            Form ID: 210U           Total Noticed: 17

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 14, 2020.
db             +Kathleen G Morgan,    9 West Shore Court,    Landenberg, PA 19350-9333
cr              BANK OF AMERICA, N.A.,    PO BOX 31785,    TAMPA, FL  33631-3785
14390552       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:  Bank of America,    P.O. Box 982238,    El Paso, TX 79998-2235)
14392976       +BANK OF AMERICA, N.A.,    C/O KML Law Group,    701 Market Street Suite 5000,
                 Philadelphia, PA. 19106-1541
14412776        Bank of America,    PO Box 31785,    Tampa, FL 33631-3785
14413730        Bank of America,    PO Box 660933,    Dallas TX 75266-0933
14393988       +Bank of America,    c/o KEVIN G. MCDONALD,    KML LAW GROUP, P.C.,    701 Market St. Suite 5000,
                 Philadelphia, PA 19106-1541
14390555       +FED LOAN SERVICING,    POB 60610,    Harrisburg, PA 17106-0610
14397434       +Santander Consumer USA Inc.,    P.O. Box 961245,    Fort Worth, Tx 76161-0244

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Aug 13 2020 04:26:35      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 13 2020 04:26:34      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14390553        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 13 2020 04:30:13      Capital One Bank,
                 P.O. Box 30281,    Salt Lake City, UT 84130-0281
14390554        E-mail/PDF: creditonebknotifications@resurgent.com Aug 13 2020 04:30:16      Credit One Bank,
                 P.O. Box 98872,    Las Vegas, NV 89193-8872
14432081        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 13 2020 04:30:18      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14393955        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 13 2020 04:26:14
                 Pennsylvania Department of Revenue,    Bankruptcy Division P O Box 280946,
                 Harrisburg PA  17128-0946
14392111       +E-mail/PDF: gecsedi@recoverycorp.com Aug 13 2020 04:30:12      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14393266       +E-mail/PDF: gecsedi@recoverycorp.com Aug 13 2020 04:30:12      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
cr*            +Synchrony Bank,    c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                      TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 12, 2020 at the address(es) listed below:
          JOSEPH F. CLAFFY    on behalf of Debtor Kathleen G Morgan claffylaw@gmail.com,
           claffylaw@aol.com;claffylawecf@gmail.com
          KEVIN G. MCDONALD    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 4
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Kathleen G Morgan                                                   Case No: 19−15824−amc

    Debtor(s)

_____

**CLERK'S NOTICE RE: PRESUMPTION OF ABUSE**

To the debtor, debtor's counsel, interim trustee, creditors and all parties in interest,

NOTICE is hereby given, in accordance with 11 U.S.C. §342(d):

This is a Chapter 7 case of an individual with primarily consumer debts and insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified under F.R.B.P 5008.

Dated: 8/12/20

For The Court

Timothy B. McGrath
Clerk of Court

36
Form 210U