| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 19-15824-AMC**

KATHLEEN G MORGAN
9 West Shore Court
Landenberg  PA    19350

Petition Filed Date: 09/18/2019
341 Hearing Date: 12/13/2019
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 11/25/2019 | $265.00 | | 12/26/2019 | $265.00 | | 01/28/2020 | $265.00 | |
| 03/02/2020 | $264.29 | | 03/30/2020 | $264.29 | | 05/04/2020 | $264.29 | |
| 06/02/2020 | $264.29 | | 06/29/2020 | $264.29 | | 08/03/2020 | $264.29 | |

**Total Receipts for the Period: $2,380.74   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $2,380.74**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| | | | | | |

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,380.74 | Current Monthly Payment: | $270.00 |
| Paid to Claims: | $0.00 | Arrearages: | $22.84 |
| Paid to Trustee: | $220.88 | Total Plan Base: | $15,903.58 |
| Funds on Hand: | $2,159.86 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!**  Visit www.readingch13.com/payments/ for more  information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.