IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: KATHLEEN G. MORGAN<br>**Debtor(s)**<br><br>SANTANDER CONSUMER USA INC.<br>**Moving Party**<br><br>v.<br><br>KATHLEEN G. MORGAN<br>**Respondent(s)**<br><br>CHRISTINE C. SHUBERT<br>**Trustee** | CHAPTER 7<br>    Previous Chapter 13<br><br>Case No.: 19-15824 (AMC)<br><br>**Hearing Date:  9-30-20 at 12:30 PM**<br><br>11 U.S.C. 362 |

## ORDER VACATING THE AUTOMATIC STAY
## AS TO PERSONAL PROPERTY

Upon the motion of Santander Consumer USA Inc., under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is vacated pursuant to the authority granted in Fed.R.Bankr.P., Rule 4001(a)(3) to permit the movant to pursue the movant's state court rights in the personal property described as a **2015 Volkswagen Beetle** bearing vehicle identification number 3VWJ17AT4FM635633 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Date: **September 30, 2020**

_____
UNITED STATES BANKRUPTCY JUDGE