United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-15824-amc |
| Kathleen G Morgan | Chapter 7 |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: ChrissyW | Page 1 of 2 |
| Date Rcvd: Oct 01, 2020 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2020:**

**Recip ID          Recipient Name and Address**
db                +  Kathleen G Morgan, 9 West Shore Court, Landenberg, PA 19350-9333

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2020                     Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2020 at the address(es) listed below:**

**Name**                                      **Email Address**

CHRISTINE C. SHUBERT
    christine.shubert@comcast.net  J100@ecfcbis.com

JOSEPH F. CLAFFY
    on behalf of Debtor Kathleen G Morgan claffylaw@gmail.com  claffylaw@aol.com;claffylawecf@gmail.com

KEVIN G. MCDONALD
    on behalf of Creditor BANK OF AMERICA  N.A. bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
    on behalf of Creditor BANK OF AMERICA  N.A. bkgroup@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
    on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com

District/off: 0313-2     User: ChrissyW     Page 2 of 2
Date Rcvd: Oct 01, 2020     Form ID: pdf900     Total Noticed: 1

mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: KATHLEEN G. MORGAN<br>**Debtor(s)** | )<br>)<br>) |
| | ) CHAPTER 7 |
| SANTANDER CONSUMER USA INC.<br>**Moving Party** | )   Previous Chapter 13<br>) |
| | ) Case No.: 19-15824 (AMC) |
| v. | )<br>) |
| KATHLEEN G. MORGAN<br>**Respondent(s)** | ) **Hearing Date: 9-30-20 at 12:30 PM**<br>) |
| | ) 11 U.S.C. 362 |
| CHRISTINE C. SHUBERT<br>**Trustee** | )<br>)<br>)<br>)<br>) |

### ORDER VACATING THE AUTOMATIC STAY
### AS TO PERSONAL PROPERTY

Upon the motion of Santander Consumer USA Inc., under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is vacated pursuant to the authority granted in Fed.R.Bankr.P., Rule 4001(a)(3) to permit the movant to pursue the movant's state court rights in the personal property described as a **2015 Volkswagen Beetle** bearing vehicle identification number 3VWJ17AT4FM635633 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Date:  **September 30, 2020**

_____
UNITED STATES BANKRUPTCY JUDGE