*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re:    Chapter: 7

    Kathleen G Morgan

Debtor(s)    Case No: 19–15824–amc

*ORDER*

    **AND NOW, WHEREAS 11 U.S.C. § 727(a)(11) provides that the court shall not grant a discharge to** an individual debtor who has failed to complete an instructional course concerning personal financial management as described in 11 U.S.C. § 111, subject to certain exceptions to this requirement,

    **AND** the Debtor(s) has/have not asserted that an exception to the requirement is applicable in this case,

    **AND** Bankruptcy Rule 1007(c) requires that the Debtor(s) file a statement regarding completion of a course in personal financial management, prepared as prescribed by the appropriate Official Form,

    **AND** notice was given to the Debtor(s) that this case would be closed without the entry of a discharge order unless the Debtor(s), by a date certain, filed the statement regarding completion of a course in personal financial management as required by Rule 1007(c),

    **AND** the Debtor(s) has/have not filed the statement regarding completion of a course in personal financial management required by Bankruptcy Rule 1007(c) by the date set forth in the court's prior notice and has/have not otherwise responded to the Notice,

    **AND** it appearing that the trustee in the above entitled matter has filed his/her report and the trustee has performed all other duties required in the administration of the Debtor(s)' estate,

    **It is hereby ORDERED** that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is **CLOSED without the entry of an order of discharge.** See Bankruptcy Rule 4004(c)(1)(H).

12/30/20

For The Court

Ashely M. Chan

Judge ,United States Bankruptcy Court

60
Form 213